Alfred J. Landegger, Esq., State Bar No. 84419
Michael S. Lavenant, Esq., State Bar No. 198765
LANDEGGER & BARON
15760 Ventura Boulevard, Suite 1200
Encino, California 91436
Telephone:  (818) 986-7561
Facsimile:   (818) 986-5147

Attorneys for Defendants
Tehachapi Valley Health Care District,
Raymond Hino, Christine Sherrill and
Debbie Parrish

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE KRAMER, | NO.: 1:06-CV-00899-OWW-TAG |
| Plaintiff, | STIPULATION TO CONTINUE DEADLINE FOR FILING RESPONSIVE PLEADING |
| vs. | |
| TEHACHAPI VALLEY HEALTH CARE DISTRICT, ET AL., | COURTROOM:   NO. 3 |
| Defendants. | JUDGE OLIVER W. WANGER |

PLAINTIFF JOANNE KRAMER AND DEFENDANTS TEHACHAPI VALLEY HEALTH CARE DISTRICT, RAYMOND HINO, CHRISTINE SHERRILL, AND DEBBIE PARRISH, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE AND HEREBY AGREE TO THE FOLLOWING:

WHEREAS, Plaintiff recently served the Complaint on Defendants for this action;

WHEREAS, Defendants are in the process of reviewing the allegations of the Complaint and are anticipating filing a responsive pleading challenging the Complaint;

/ / /

/ / /

1

**STIPULATION TO CONTINUE DEADLINE FOR FILING RESPONSIVE PLEADING**

1   WHEREAS, Counsel for Defendants and Plaintiff have not had the
2   opportunity to meet and confer concerning the allegations in the Complaint as they
3   relate to a responsive pleading;

4   WHEREAS, the parties stipulate and agree that the due date for the
5   responsive pleading of Defendants will be October 13, 2006 so as to allow the
6   parties the opportunity to meet and confer and resolve any issues with the
7   Complaint, and perhaps resolve the Action in its entirety;

8   WHEREAS, as a result of the foregoing, the parties hereto desire to request
9   that the Court grant Defendant until the close of business on October 13, 2006, the
10  opportunity to file a responsive pleading;

11  IT IS HEREBY STIPULATED AND AGREED by and between the parties
12  hereto, through their attorneys of record, for all of the foregoing reasons, that good
13  cause exists for the request that Defendants shall have until October 13, 2006, to file
14  a responsive pleading to Plaintiff's Complaint.

Dated: _____       **LAW OFFICE OF RANDY RUMPH**

By:   /s/ Randy M. Rumph
      RANDY M. RUMPH
      Attorney for Plaintiff
      Joanne Kramer

Dated: _____       **LANDEGGER & BARON**
                             A Professional Corporation

By:   /s/ Michael S. Lavenant
      MICHAEL S. LAVENANT
      Attorney for Defendants
      Tehachapi Valley Health Care District,
      Raymond Hino, Christine Sherrill, and
      Debbie Parrish

IT IS SO ORDERED.

**Dated:   October 3, 2006**        **/s/ Oliver W. Wanger**
emm0d6                              UNITED STATES DISTRICT JUDGE