Randy Rumph, Esq. - State Bar No. 235232
1401 19th St., Suite 200
Bakersfield, CA 93301
Telephone:  (661) 322-4600
Facsimile:   (661) 322-8478

Attorney for Plaintiff Joanne Kramer

Alfred J. Landegger, Esq., State Bar No. 84419
Michael S. Lavenant, Esq.,State Bar No. 198765
LANDEGGER | BARON | LAVENANT
A Law Corporation
15760 Ventura Boulevard, Suite 1200
Encino, California 91436
Telephone:  (818) 986-7561
Facsimile:   (818) 986-5147

Attorneys for Defendants, Tehachapi Valley Health Care District,
Raymond Hino, Christine Sherrill and Debbie Parrish

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE KRAMER,<br><br>             Plaintiff,<br><br>vs.<br><br>TEHACHAPI VALLEY HEALTH<br>CARE DISTRICT, ET AL.,<br><br>             Defendants.<br><br>———————————————— | ) NO.: 1:06-CV-00899-OWW-TAG<br>)<br>) **STIPULATION AND ORDER**<br>) **AMENDING PRETRIAL**<br>) **SCHEDULING ORDER AND**<br>) **EXTENDING DEADLINES**<br>) **(FIRST REQUEST)**<br>)<br>) COURTROOM:    NO. 3<br>)<br>) JUDGE OLIVER W. WANGER<br>)<br>) |

**COMES NOW**, Plaintiff JOANNE KRAMER, by and through her attorney

of record, Randall M. Rumph, Esq., and Defendants, TEHACHAPI VALLEY

HEALTHCARE DISTRICT, RAYMOND HINO, DEBBIE PARRISH, AND

CHRISTINE SHERRILL, by and through their  attorney of record, Michael S.

Lavenant, Esq., of the law firm of Landegger, Baron and Lavenant; and hereby

stipulate and agree as follows:

All deadlines, including those for the non-expert discovery cut-off, the expert

discovery cut-off, filing of any dispositive motions and the filing of the Joint

1

---

**STIPULATION TO CONTINUE DEADLINE FOR FILING RESPONSIVE PLEADING**

Pretrial Order shall be extended as follows:

1. Non-expert discovery cut-off shall be extended for sixty (60) days to December 1, 2007; the deadline for expert designation shall be continued until November 1, 2007;

2. The Mandatory Settlement Conference set for October 17, 2007, at 10:00 a.m. in Bakersfield, will be continued to January 9, 2008 at 10:00 a.m. in Bakersfield;

3. The deadline for filing dispositive motions shall be extended until January 1, 2008; and shall be heard on February 4, 2008 at 10:00 a.m. in courtroom 3 before Judge Wanger.

4. The pretrial conference currently set for January 7, 2008 shall be continued to March 10, 2008 at 11:00 a.m. in courtroom 3 before Judge Wanger.

4. The trial date currently set for 2/12/2008 shall be continued to 4/29/2008 at 9:00 a.m. in courtroom 3 before Judge Wanger.

This extension is requested due to the fact that the scheduling of discovery has been difficult due to conflicting schedules, Plaintiff's counsel has had two large trials out of state, and the parties desire to engage in mediation. The parties have both submitted written discovery.

For this reason, additional time is required.

**DATED** this 1st day of October, 2007.

**LAW OFFICE OF RANDY RUMPH**          **LANDEGGER | BARON | LAVENANT**


By:   /S/ RANDY RUMPH                By:   /S/ MICHAEL S. LAVENANT
      Randy Rumph                           Michael S. Lavenant
      1401 19th St. # 200                   15760 Ventura Boulevard, Suite 1200
      Bakersfield, CA 93301                 Encino, CA 91436

IT IS SO ORDERED.

**Dated:   October 4, 2007**                    **/s/ Oliver W. Wanger**

**STIPULATION TO CONTINUE DEADLINE FOR FILING RESPONSIVE PLEADING**

K:\OWW\Stipulations\06cv899.stip.cont.wpd/elg-10-01-07                                    Printed on Recycled Paper

1    UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO CONTINUE DEADLINE FOR FILING RESPONSIVE PLEADING**