Randy Rumph, Esq. - State Bar No. 235232
1401 19th St., Suite 200
Bakersfield, CA 93301
Telephone:  (661) 322-4600
Facsimile:   (661) 322-8478

Attorney for Plaintiff Joanne Kramer

Alfred J. Landegger, Esq., State Bar No. 84419
Michael S. Lavenant, Esq.,State Bar No. 198765
LANDEGGER | BARON | LAVENANT
A Law Corporation
15760 Ventura Boulevard, Suite 1200
Encino, California 91436
Telephone:  (818) 986-7561
Facsimile:   (818) 986-5147

Attorneys for Defendants, Tehachapi Valley Health Care District,
Raymond Hino, Christine Sherrill and Debbie Parrish

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE KRAMER, <br><br> Plaintiff, <br><br> vs. <br><br> TEHACHAPI VALLEY HEALTH CARE DISTRICT, ET AL., <br><br> Defendants. | NO.: 1:06-CV-00899-OWW-TAG <br><br> **STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULING ORDER AND EXTENDING DEADLINES (SECOND REQUEST)** <br><br> COURTROOM:   NO. 3 <br><br> JUDGE OLIVER W. WANGER |

**COMES NOW**, Plaintiff JOANNE KRAMER, by and through her attorney of record, Randall M. Rumph, Esq., and Defendants, TEHACHAPI VALLEY HEALTHCARE DISTRICT, RAYMOND HINO, DEBBIE PARRISH, AND CHRISTINE SHERRILL, by and through their attorney of record, Alfred J. Landegger, Esq., of the law firm of Landegger, Baron and Lavenant; and hereby stipulate and agree as follows:

All deadlines, including those for the non-expert discovery cut-off, filing of any dispositive motions and the filing of the Joint Pretrial Order shall be extended as follows:

1. Non-expert discovery cut-off shall be extended until February 1, 2008;
2. The Settlement Conference set for January 9, 2008, at 10:00 a.m. in Bakersfield, shall be continued until the next available date of the magistrate judge after February 1, 2008;
3. The deadline for filing dispositive motions shall be extended until March 1, 2008;
4. The Hearing on Dispositive Motions set for February 4, 2008, at 10:00 a.m. in Courtroom 3 shall be continued to April 7, 2008 before Judge Wanger;
5. The Pretrial Conference set for March 10, 2008 at 11:00 a.m. in Courtroom 3 shall be continued to May 12, 2008 before Judge Wanger;
6. The trial date shall be continued to June 24, 2008 before Judge Wanger.

This extension is requested due to the fact that the parties have scheduled a mediation for December 12, 2007, and wish to stay discovery until after the mediation. The parties have both submitted written discovery.

For this reason, additional time is required.

**DATED** this 21st day of November, 2007.

| **LAW OFFICE OF RANDY RUMPH** | **LANDEGGER | BARON | LAVENANT** |
|---|---|
| By: _____<br>Randy Rumph<br>1401 19th St. # 200<br>Bakersfield, CA 93301 | By: _____<br>Alfred J. Landegger<br>15760 Ventura Boulevard, Suite 1200<br>Encino, CA |

NO FURTHER CONTINUANCES.
IT IS SO ORDERED.

Dated:   November 24, 2007           /s/ Oliver W. Wanger
                                                     UNITED STATES DISTRICT JUDGE