1 | **RANDY RUMPH** SBN 232235
1401 - 19TH STREET. SUITE 200
2 | BAKERSFIELD, CALIFORNIA 93301
PHONE: (661) 322-4600
3
4 | ATTORNEY FOR PLAINTIFF JOANNE KRAMER

5 | **ALFRED J. LANDEGGER** SBN 84419
LANDEGGER | BARON | LAVENANT
6 | 15760 VENTURA BLVD. SUITE 1200
ENCINO, CALIFORNIA 91436
7 | PHONE: (818) 986-7561

8 | ATTORNEYS FOR DEFENDANTS TEHACHAPI VALLEY HEALTH CARE DISTRICT,
RAYMOND HINO, CHRISTINE SHERRILL AND DEBBIE PARRISH
9

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| JOANNE KRAMER, | CASE NO. 1:06-CV-00899-OWW-TAG |
|---|---|
| PLAINTIFF, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL** |
| TEHACHAPI VALLEY HEALTHCARE DISTRICT; RAYMOND HINO; DEBBIE PARRISH; CHRISTINE SHERRILL, | |
| DEFENDANTS. | |

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their designated counsel, that the above-captioned action be and dismissed with prejudice pursuant to *Federal Rules of Civil Procedure, Rule 41(a)(1)*, each party to bear its own costs and attorneys' fees.

DATED: February 19, 2008        */s/ Randy Rumph*
                                **RANDY RUMPH**
                                ATTORNEY FOR PLAINTIFF JOANNE KRAMER

DATED: February 19, 2008        LANDEGGER | BARON | LAVENANT


                         By:    */s/ Alfred J. Landegger*
                                **ALFRED J. LANDEGGER**
                                ATTORNEYS FOR DEFENDANTS

1

STIPULATION AND ORDER OF DISMISSAL

**O R D E R**

The parties to this action having stipulated through their designated counsel, the above-captioned action shall be and hereby is dismissed, with prejudice, pursuant to *Federal Rules of Civil Procedure, Rule 41(a)(1),*

IT IS SO ORDERED.


Dated:   **February 19, 2008**                          /s/ Oliver W. Wanger
                                                       UNITED STATES DISTRICT JUDGE